Case 3:03-cr-00243-HLA Document 77 Filed 07/16/07 Page 1 of 2 PageID 184
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | CASE NUMBER: 3:03-cr-243-J-25TEM |
| | USM NUMBER: 30290-018 |

MELANIE MORRIS

Defendant's Attorney: Donald Mairs

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s)__1__ of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct occurring while on supervision | August 16, 2006 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 12, 2007

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July 16, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
      Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant:   MELANIE MORRIS | Judgment - Page 1 of 2 |
| Case No.:   3:03-cr-243-J-25TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Twenty-Four (24) months, to run concurrent with the state sentence. (No supervision to follow).**

_____ The Court makes the following recommendations to the Bureau of Prisons:

\_\_X\_\_ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_\_ at _____ a.m.    p.m.    on _____.

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_\_ before 2 p.m. on _____.

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
     DEPUTY UNITED STATES MARSHAL